UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEWIS IANNI,

                Plaintiff,

                                                  ORDER
      v.                                             02-CV-74A

JOANNE B. BARNHART, Commissioner
of the Social Security Administration,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 27, 2005, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be denied and the matter remanded for calculation of benefits; alternatively, that defendant's motion for judgment on the pleadings should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for judgment on the pleadings is denied and the matter remanded for calculation of benefits.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: November  18   , 2005