AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lewis F. Ianni | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 02-CV-74A |
| v. | |
| Jo Anne B. Barnhart,<br>Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings is denied and this case is remanded for calculation of benefits.

| | |
|---|---|
| Date: November 21, 2005 | RODNEY C. EARLY, CLERK |
| | By:   s/Deborah M. Zeeb |
| | Deputy Clerk |